UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

KEVIN & KAREN SCHEUNEMANN
210 Dream Catcher
Kewaskum, WI 53040

GERARD & SYBIL JAHNKE
428 5th Street
Hartford, WI 53027

       Plaintiffs,

    v.                                Case No. _____

NCO FINANCIAL SYSTEMS, INC.
507 Prudential Road
Horsham, PA 19044

       Defendant.

---

### *NOTICE OF APPEARANCE*

---

*TO:*    Kevin & Karen Scheunemann
          210 Dream Catcher
          Kewaskum, WI 53040

          Gerard & Sybil Jahnke
          428 5th Street
          Hartford, WI 53027

       ***PLEASE TAKE NOTICE*** that the undersigned has been retained by and appears for the defendant, NCO Financial Systems, Inc., and demands that copies of all papers and pleadings in this action be served upon the undersigned at Thomas & Kampsen, 14355 West Meadowshire Court, New Berlin, Wisconsin 53151.

Dated this 25th day of June, 2009.

                                              **THOMAS & KAMPSEN**

                                              Scott G. Thomas
                                              State Bar No. 1004014
                                              Robert S. Phillips
                                              State Bar No. 1023660
                                              Attorneys for Defendant,
                                              NCO Financial Systems, Inc.

*P.O. ADDRESS:*

14355 West Meadowshire Court
New Berlin, Wisconsin 53151
TEL:   262-641-5736
FAX:  866-794-4702

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of June, 2009, a copy of the foregoing **Notice of Appearance** was filed by overnight and US Mail. Notice of this filing will be sent to the following parties via US Mail.

Kevin & Karen Scheunemann
210 Dream Catcher
Kewaskum, WI 53040

Gerard & Sybil Jahnke
428 5th Street
Hartford, WI 53027

*[signature]*

Scott G. Thomas
THOMAS & KAMPSEN
Attorney for NCO Financial Systems
14355 West Meadowshire Court
New Berlin, Wisconsin 53151
(262) 641-5736