# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN
### OFFICE OF THE CLERK

362 U.S. COURTHOUSE
517 E. WISCONSIN AVE
MILWAUKEE, WI 53202

JON W. SANFILIPPO
CLERK

TEL: 414-297-3372
FAX: 414-297-3203
www.wied.uscourts.gov

July 13, 2009

Kevin and Karen Scheunemann
210 Dream Catcher
Kewaskum, WI 53040

Gerard and Sybil Jahnke
428 5th Street
Hartford, WI 53027

Re: Scheunemann v NCO Financial Systems
    Case No. 09CV633

Dear Litigants:

    This is to advise the parties that the above entitled action has been transferred to the Honorable Judge Lynn Adelman, due to non-consent to the magistrate judge. Please direct any inquiries regarding future scheduling of this matter to that Court.

Very truly yours,
JON W. SANFILIPPO
Clerk of Court

Diane Dimiceli, Deputy Clerk